[No. 30583-2-I.   Division One.   October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. REUBEN K. HINTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-01290-0, Gerald L. Knight, J., entered April 14, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 16598-8-II.   Division Two.   October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES W. RHODES, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 92-1-00005-4, Joel M. Penoyar, J., entered October 12, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.